UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KENNETH T. CHAVEZ,
on behalf of himself and all others similarly situated,   **MOTION FOR**
**DEFAULT JUDGMENT**
                              Plaintiff(s),   Case No.: 1:20-cv-00804-EK-JO

    -against-

FEATHER FACTORY HOTEL INC.
d/b/a FEATHER FACTORY HOTEL,

                              Defendant(s).
-----------------------------------------------------------------------X

       Plaintiff KENNETH T. CHAVEZ hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) L2 LIU INC d/b/a QUALITY INN NEAR SUNSET PARK, on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Great Neck, New York
       May 14, 2020                              Respectfully submitted,

                                                /s/   Mitchell Segal
                                                _____
                                                Mitchell Segal, Esq.
                                                Law Offices of Mitchell S. Segal, P.C.
                                                Attorney For Plaintiff
                                                1010 Northern Boulevard, Suite 208
                                                Great Neck, New York 11021
                                                Tel.: (516) 415-0100
                                                msegal@segallegal.com

TO:    FEATHER FACTORY HOTEL INC.
           C/O DEPARTMENT OF STATE
           ONE COMMERCE PLAZA
           99 WASHINGTON AVENUE
           ALBANY, NEW YORK 12231

           FEATHER FACTORY HOTEL INC.
           26-32 SKILLMAN AVENUE
           LONG ISLAND CITY, NEW YORK 11101