**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KENNETH T. CHAVEZ, on behalf of
himself and all others similarly
situated,

                Plaintiff,

                                                CASE NO. 1:20-cv-00804-EK-RER

    v.

FEATHER FACTORY HOTEL INC.
d/b/a FEATHER FACTORY HOTEL,

                Defendant.
-------------------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

      Plaintiff, KENNETH T. CHAVEZ, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 8th day of January, 2021.

                                                  Respectfully Submitted,
                                                  By:   */s/ Mitchell Segal*
                                                  Mitchell Segal, Esq.
                                                  Law Offices of Mitchell S. Segal, P.C.
                                                  Attorney for Plaintiff
                                                  1129 Northern Boulevard, Suite 404
                                                  Manhasset, New York 11030
                                                  Ph: (516) 415-0100
                                                  Fx: (516) 706-6631
                                                  msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 8th day of January, 2021.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

**Ryan Kaupelis, Esq.**
**SMITH, BUSS & JACOBS, LLP**
733 Yonkers Avenue
Suite 200
Yonkers, NY 10704
914-476-0600
Fax: 914-457-0040
Email: rkaupelis@sbjlaw.com
Attorney for Defendant